PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Lee Cornelius		Case Number: 0980 2:13CR02070-WFN-1

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: November 4, 2013		Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)		Date Supervision Commenced: August 7, 2014

Original Sentence: Prison - 18 M; TSR - 36 M		Date Supervision Expires: August 6, 2017

---

### PETITIONING THE COURT

To modify the conditions of supervision by removing the following special condition:

14   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Cornelius was ordered to participate in a residential reentry center (RRC) for period of up to 180 days upon his release from custody. The basis for this conditions was due to the defendant not having a suitable residence.

Mr. Cornelius was release from the Bureau of Prisons on August 7, 2014. The defendant immediately self-surrendered to the Yakima City Jail on a local warrant on pending charges. Mr. Cornelius was released on September 3, 2014, after the local charges were disposed of. Since his release from custody, the defendant has been residing at 2306 Castlevale, in Yakima, Washington. Mr. Cornelius immediately secured employment at Kershaw Orchards in Naches until he found a permanent job at Allen Brothers in Naches, Washington.

Prob 12B
**Re: Cornelius, Christopher Lee**
**October 31, 2014**
**Page 2**

At this time, based on the defendant's compliance in obtaining a suitable residence and currently being employed on a full time basis, it does not appear that placing him at the RRC would be beneficial. Therefore, this officer respectfully recommends the special condition requiring the defendant to be placed at the RRC for a period of up to 180 days be removed.

Respectfully submitted,

by    s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer
Date: October 31, 2014

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/31/14
Date