PROB 12C
(7/93)

Report Date: December 10, 2014

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Christopher Lee Cornelius          Case Number: 0980 2:13CR02070-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 4, 2013

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison 18 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Benjamin David Seal          Date Supervision Commenced: August 7, 2014

Defense Attorney:     Blaine T. Connaughton        Date Supervision Expires: August 6, 2017

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On November 20, 2014, Mr. Cornelius provided a random urinalysis test at Merit Resource Services (Merit), which tested presumptive positive for methamphetamine. After the urinalysis tested presumptive positive, staff from Merit contacted U.S. Probation Officer (USPO) Jose Zepeda. While USPO Zepeda was talking with staff from Merit, Mr. Cornelius left Merit before signing documents related to the urinalysis. The defendant spoke with USPO Zepeda after the urinalysis test. Mr. Cornelius admitted to consuming methamphetamine and stated he left Merit because he was scared. On November 28, 2014, results from the urinalysis came back positive for amphetamine from the lab. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Cornelius failed to report to the probation office within the first 5 days of December and he has failed to contact or return phone calls from this officer. Mr. Cornelius's current whereabouts are unknown. |

Prob12C
Re: Cornelius, Christopher Lee
December 10, 2014
Page 2

       3       **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

               **Supporting Evidence**: Mr. Cornelius was placed on the color line, offered by Merit for random drug testing, when he started his supervised release. His color was called on December 09, 2014, and Mr. Cornelius failed to show up for drug testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/10/2014

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/11/14
Date