PROB 12C
(7/93)

Report Date:  February 27, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 2 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Lee Cornelius          Case Number: 0980 2:13CR02070-WFN-1

Address of Offender:                    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 4, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison 2 months; TSR - 34 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: February 15, 2015 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: December 14, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition # 1**: The defendant shall report to the probation office in the district
to which the defendant is released within 72 hours of release from the custody of the Bureau
of Prisons.

**Supporting Evidence**: According to Yakima County Jail records, the defendant was
released from Yakima County Jail on February 15, 2015, after completing his revocation
sentence of his supervised release.  The defendant failed to report to the probation office
within 72 hours of release.  Mr. Cornelius' current whereabouts are unknown.

**Prob12C**
**Re: Cornelius, Christopher Lee**
**February 27, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/27/2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

3 / 2 / 15

Date