PROB 12C
(6/16)

Report Date: November 3, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Lee Cornelius         Case Number: 0980 2:13CR02070-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 4, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924 | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>January 12, 2015 | Prison - 2 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: 02/15/2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: Tolling |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/27/2015.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Cornelius is alleged to be in violation of his supervised release conditions by having committed a new crime of count 1: first degree robbery and count 3: second degree unlawful possession of a firearm, on April 28, 2015.  Yakima County Superior Court cause number 15-1-00618-1.<br><br>On April 28, 2015, Mr. Cornelius was arrested by law enforcement in Yakima, Washington, and charged with first degree robbery, first degree kidnaping, and second degree unlawful possession of a firearm.<br><br>According to Yakima County Superior Court docket for cause number 15-1-00618-1, on September 20, 2016, Mr. Cornelius pled guilty to count 1 and count 3.  The Yakima County Superior Court dismissed count 2, first degree kidnaping.  Mr. Cornelius was sentenced to 59 months and 24 months for a deadly weapon enhancement on count 1, for a total of 83 months custody with 18 months of community supervision to follow. Mr. Cornelius completed his state sentence on or about October 20, 2020. |

Prob12C
**Re: Cornelius, Christopher Lee**
**November 3, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 3, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/4/2020
Date